IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARK A. NELSON,     6:11-cv-01565-HU

        Petitioner,     ORDER

   v.

JEFF PREMO,

        Respondent.

HERNANDEZ, Judge

    Petitioner's motion for voluntary dismissal (#24) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this \_\_11th\_\_ day of October, 2012.

                                      /s/ Marco Hernandez
                                      Marco A. Hernandez
                                      United States District Judge

1 - ORDER